IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RANDY A. HART,**

　　*Plaintiff*,

v.　　　　　　　　　　　　　　　　Case No.: 3:25cv2624-MW/HTC

**WALTON CORRECTIONAL**
**INSITUTION, et al.,**

　　*Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

　　This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

　　**IT IS ORDERED:**

　　The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

　　**SO ORDERED on January 14, 2026.**

　　　　　　　　　　　　　　　　　　　　s/Mark E. Walker　　　　　　　
　　　　　　　　　　　　　　　　　　　　**United States District Judge**